B 2100A (Form 2100A) (12/15)

**FILED**
2020 MAR 10 A 9:43
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

# UNITED STATES BANKRUPTCY COURT

In re __Adrian D Chappell__,    Case No. __16-00514__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__MBC Investment LLC__          __Carmel Financial Corporation__
Name of Transferee              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): __#1__
should be sent:                                 Amount of Claim: __$6895.00__
                                                Date Claim Filed: __02/05/2016__

Phone: __1800-234-3663__                        Phone: __Unknown__
Last Four Digits of Acct #: __0079__            Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __[signature]__                             Date: __03/05/2020__
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# District of South Carolina
# Claims Register

### 16-00514-hb Adrian Demond Chappell

**Chief Judge:** Helen E. Burris　　**Chapter:** 13
**Office:** Spartanburg　　**Last Date to file claims:** 06/08/2016
**Trustee:** Gretchen D. Holland　　**Last Date to file (Govt):** 08/02/2016

| | | |
|---|---|---|
| *Creditor:* (542954947)<br>CARMEL FINANCIAL CORP<br>101 E CARMEL DR STE 200<br>CARMEL IN 46032 | **Claim No: 1**<br>*Original Filed Date:* 02/05/2016<br>*Original Entered Date:* 02/05/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Carmel Financial Corp. AAM<br>*Modified:* |

Amount claimed: $10746.90

*History:*

| Details | 1-1 | 02/05/2016 | Claim #1 filed by CARMEL FINANCIAL CORP, Amount claimed: $10746.90 (Carmel Financial Corp. AAM) |
|---|---|---|---|

*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** Adrian Demond Chappell
**Case Number:** 16-00514-hb
**Chapter:** 13
**Date Filed:** 02/04/2016
**Total Number Of Claims:** 1

| Total Amount Claimed* | $10746.90 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/05/2020 09:46:38 | | | |
| **PACER Login:** | AFI_USER18 | **Client Code:** | |
| **Description:** | Claims | **Search** | 16-00514-hb CreditorName: |

United States Bankruptcy Court
District of South Carolina

## Notice of Bankruptcy Case Filing



FILED
02/04/2016
2:30 PM

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 02/04/2016 at 2:30 PM and filed on 02/04/2016.

**Adrian Demond Chappell**
1814 Bypass 72 NE, Apt. Q2
Greenwood, SC 29649
SSN / ITIN: xxx-xx-5285

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Alecia Tate Compton**<br>Alecia Compton Law Office, LLC<br>109 A Oak Avenue<br>Greenwood, SC 29646<br>864-450-9042 | **Gretchen D. Holland**<br>Ch. 13 Trustee Office<br>20 Roper Corners Circle, Suite C<br>Greenville, SC 29615<br>864-242-0314 |

The case was assigned case number 16-00514-hb to Judge Helen E. Burris.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.scb.uscourts.gov or at the Clerk's Office, J. Bratton Davis United States, Bankruptcy Courthouse, 1100 Laurel Street, Columbia, SC 29201-2423.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Laura A. Austin**
**Clerk, United States**
**Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |
| 03/05/2020 10:11:27 |

**MBC INVESTMENTS, LLC**
P.O. BOX 1584, WAUSAU, WI 54402-1584
ADDRESS SERVICE REQUESTED

RETURNED BY SENDER

United States of Bankruptcy Court
Columbia SC 29210

NEOPOST
03/05/2020
US POSTAGE $000.50⁰
ZIP 54401
041M11451305