**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 16−00514−hb                            Chapter: 13

**In re:**

Adrian Demond Chappell

| Filed By The Court |
| --- |
| **03/10/20**
Laura A. Austin
Clerk of Court
US Bankruptcy Court |

**NOTICE OF NO ACTION ON ASSIGNMENT OF CLAIM**

To:  MBC Investments, LLC
     PO Box 1584
     Wausau, WI 5442−1284

On **03/10/2020** you submitted to the Court an Assignment of Claim for filing. Because you failed to pay the required filing fee of $25.00, no action will be taken on the requested assignment. If you wish to have the assignment considered by the Court, please resubmit it with the appropriate filing fee.

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By:  R Richardson, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436

```
                        United States Bankruptcy Court
                          District of South Carolina
```

In re:                                                          Case No. 16-00514-hb
Adrian Demond Chappell                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0420-7        User: admin              Page 1 of 1          Date Rcvd: Mar 10, 2020
                            Form ID: 220BNC         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bnc-aquafinance@quantum3group.com Mar 10 2020 23:23:15     MBC Investments, LLC,
                 PO Box 1584,   Wausau, WI  54402-1584
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:
              Alecia Tate Compton    on behalf of Debtor Adrian Demond Chappell
               alecia@aleciacomptonlawoffice.com,   dana@aleciacomptonlawoffice.com
              Gretchen D. Holland    ecf@upstate13.com, gdh@upstate13.com;pacer@upstate13.com
              Louise M. Johnson    on behalf of Creditor    Caliber Home Loans, Inc. ceasiej@scottandcorley.com,
               bankruptcy@scottandcorley.com
              Tobias G. Ward, Jr.    on behalf of Creditor    Regional Acceptance Corporation tw@tobywardlaw.com
              Travis E. Menk    on behalf of Creditor    U.S. Bank Trust, N.A. travis.menk@brockandscott.com,
               scbkr@brockandscott.com;wbecf@brockandscott.com
              US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                             TOTAL: 6