# United States Bankruptcy Court
## District of South Carolina

IN RE:

Adrian Demond Chappell
1814 Bypass 72 NE, Apt. Q2
Greenwood, SC  29649

CASE NO.: 16-00514-hb
CHAPTER 13

DEBTOR

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0742193 in the amount of $3,854.72 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Reason for Return | Amount |
|---|---|---|
| CARMEL FINANCIAL CORP<br>Trustee Claim #: 19<br>Court Claim #: 1 | MBC Investments LLC did not pay the filing fee when the Assignment of Claim was filed. | $3,854.72 |

Date: 05/28/2021

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
20 Roper Corners Cir Ste C
Greenville, SC  29615-4833
864-242-0314
864-242-3679 Facsimile

### FOR BANKRUPTCY COURT USE ONLY

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |